January Term, 1862.

STATE
v.
IVES.

---

## STATE vs. IVES.
## STATE vs. GOODRICH.

Under the Revised Statutes of 1858, a party who has suffered judgment by default before a justice of the peace, has the right of appeal. *Forbes vs. Turner*, 14 Wis., 622, followed.

APPEALS from the Circuit Court for *Jefferson* County. *L. B. Caswell*, for appellant.

*By the Court*, DIXON, C. J. Civil actions commenced before a justice of the peace, to recover the forfeiture prescribed by section 7, chap. 175, laws of 1860, for keeping dogs not registered, numbered, described and licensed according to the provisions of that act. R S., chap. 155, sec. 1. Judgments by default before the justice, for the forfeiture and costs, and appeals by the defendants to the circuit court. The circuit court dismissed the appeals because there was no demurrer, answer or issue in either case before the justice. Appeals to this court from those orders. The cases are governed by *Burnham v. Turner et al.*, 14 Wis., 622, and the orders must be reversed, and causes remanded for further proceedings according to law.

Ordered accordingly.